United States District Court
Southern District of Texas
**ENTERED**
April 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| NICHOLAS FUGEDI, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:19–CV–00249 |
| | § | |
| UNITED RENTALS (NORTH AMERICA) INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case on March 31, 2021, judgment is entered in favor of the Steadfast Defendants.[1] It is therefore, **ORDERED**, **ADJUDGED** and **DECREED** that the Court hereby renders **FINAL JUDGMENT** for the Steadfast Defendants and accordingly **FINDS** the following:

---

[1] I collectively refer to all of the defendants as "Steadfast Defendants." Steadfast Defendants include the following parties: Steadfast Funding, LLC; Initram, Inc.; RJL Realty, LLC; Eternal Investments, LLC; Bruce Robinson; Dale Pilegram, Trustee of the Pilgeram Family Trust; Joseph C. Hibbard; Kornelia Peasley-Brown; Salvador Ballestero; Margaret M. Serrano-Foster, Trustee of the Margaret M. Serranto-Foster Trust Dated 12/02/2005; Richard R. Melter, Trustee of the Richard R. Melter Revocable Living Trust; Liberty Trust Company, LTD Custodian FBO Vincent Paul Mazzeo, Jr., IRA; Joe Saenz; Patrick Grosse, Trustee of the Grosse Family Trust Dated 12/31/2004; Eric Verhaeghe; Stephen K. Zupanc; Liberty Trust Company, LTD, Custodian FBO Adam K. Hruby IRA #TC005383; Vincent Investments, Inc. AKA Vincent Investments; Equity Trust Company Custodian FBO Stephen (Steven) Krieger IRA; Judy M. Schnars; Joseph Dersham; Joyce Dersham; Walter Kaffenberger; Christel Kaffenberger; Mike Berris (Berres); Jason Sun; Equity Trust Company Custodian FBO Erica Ross-Krieger IRA; Elm 401K-PSP, Laurel Mead and Edwin A. Mead, Trustees; and James T. Smith, Trustee of the James T. Smith Trust.

1. The General Warranty Deed recorded at RP-2019-317072 of the Official Public Records of Harris County is **VOID**;

2. The corrective instruments recorded at RP-2021-104446 (Dkt. 100-2), RP-2021-104447 (Dkt. 100-1), and RP-2021-120946 (Dkt. 100-3) of the Official Public Records of Harris County are **VOID**;

3. The lis pendens filed by Plaintiff Nicholas Fugedi on November 4, 2019 and November 7, 2019 in the Official Public Records of Harris County, Texas (RP-2019-490131 and RP-2019-496569,[2] respectively) are **EXPUNGED**;

4. Plaintiff Nicholas Fugedi, acting in his capacity as Trustee of the Carb Pura Vida Trust, and any other capacities alleged, takes nothing by this suit against Defendants, and Plaintiff Nicholas Fugedi is adjudicated to possess no right, title, claim, or interest to the subject Property located at 829 Yale Street in Houston, Texas 77007, also known as:

   ***All of Fisher Estates at Yale, a subdivision of Harris County, Texas, according to the map or plat thereof recorded under Film Code No. 671146 of the Map Records of Harris County, Texas (being a replat of Lots 5 & 6 and the adjoining North One-Half of Lot 7, Block 245, Houston Heights, according to the Map or Plat thereof, recorded in Volume 1, Page 114, Map Records, Harris County, Texas***;

Such title is hereby quieted against Plaintiff Nicholas Fugedi, acting in his capacity as Trustee of the Carb Pura Vida Trust.

**THIS IS A FINAL JUDGMENT.**

All other relief not expressly granted in this judgment is **DENIED**.

The clerk will provide copies of this judgment to the parties.

---

[2] In the Memorandum and Order, I mistakenly failed to include the lis pendens filed by Plaintiff Nicholas Fugedi on November 7, 2019 in the Official Public Records of Harris County, Texas (RP-2019-496569). This lis pendens is expunged for the same reasons explained in the Memorandum and Order.

SIGNED and ENTERED this 16th day of April 2021.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE