# HILL & HILL, P.C.

**1770 St. James Place, Suite 440**
**Houston, Texas 77056**

TELEPHONE (713) 688-6318                                                      TELECOPIER (713) 688-2817

April 2, 2024

*Via email: Ruben_Castro@txs.uscourts.gov and CM/ECF*
The Honorable United States Magistrate Judge Andrew Edison
c/o Case Manager Ruben Castro
United States Courthouse
601 Rosenberg, Seventh Floor
Galveston, TX 77550

Re:   *Civil Action No. 3:19-cv-00249 – Nicholas Fugedi in his capacity as trustee Carb Pura Vida Trust v. United Rentals (North America) Inc. et al., In the U.S. District Court, Southern District of Texas (Galveston)*

Dear Judge Edison:

On March 29, 2024, the Court responded to only a part of Plaintiff's Request. The Court did not respond or provide the scope or details of the Court's independent investigation into the facts related to the appointment of Nicholas Fugedi as Trustee of the Carb Pura Vida Trust, the Plaintiff in this matter.

Due Process requires that Plaintiff know what evidence/allegations the Court has discovered that impacts, or may impact its decision on subject matter jurisdiction. Plaintiff requests the Court confirm information about its independent investigation and the "facts" being considered by the Court. Briefing is due Friday, April 5, 2024, therefore a written response from the Court would be appreciated prior to that time. For convenience, Plaintiff will accept "silence" as affirmation of the following:

1. The Court has engaged in a wide ranging and significant *ex parte* independent investigation of facts related to subject matter jurisdiction;
2. The Court will not disclose to the parties what documents or "information" it has reviewed, listened to, or read.
3. The Court considered a "Letter" and multiple inadmissible documents attached that were filed by Defendants in August 2023, with attachments (Docket #233),that the Court previously struck. The Court has never permitted Plaintiff an opportunity to respond, object or cross-examine anyone on those documents;
4. The Court referred to and considered what the Court referred to as "hotly disputed recordings" which the Court has not identified.

The Honorable United States Magistrate Judge Andrew Edison
c/o Case Manager Ruben Castro
April 2, 2024
Page -2-

5. The Court will not reveal the sources of the information that it has reviewed or the individuals it has spoken to in regard to this case;
6. The Court will not identify the information the Court has reviewed, acquired, heard or viewed in forming its "opinion".

        Best regards,

        *Attorneys for* Nicholas Fugedi

| | |
|---|---|
| */s/ Johnie J. Patterson , II* | */s/ J. Marcus Hill* |
| Johnie Patterson | J. Marcus Hill |
| Walker & Patterson | Hill & Hill, PC |

cc: Chris Ramey, Esq.